Exhibit A to the Complaint

**Location:** League City, TX  **IP Address:** 73.6.97.192
**Total Works Infringed:** 31  **ISP:**  Comcast Cable

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | F41D836483F55B66802C50B9EAB60D9E993CB03D | 01/28/2025 07:01:51 | Tushy | 01/05/2025 | 01/16/2025 | PA0002509626 |
| 2 | F004928D8D5BFD2098E825D87BD3BC389554178C | 01/28/2025 06:50:34 | Tushy | 01/19/2025 | 02/18/2025 | PA0002515947 |
| 3 | 6e3ebb60bb91b99ad3b509649c4ae51f3ae32d69 | 12/05/2024 02:40:50 | Tushy | 12/01/2024 | 12/13/2024 | PA0002506317 |
| 4 | 9861659DEBD8430E736AE8DD818939E2B7C5B092 | 12/05/2024 01:54:31 | Blacked | 11/24/2024 | 12/13/2024 | PA0002506269 |
| 5 | DDB0BF17C197427DD020F7C5BA375F9AC56966E6 | 12/05/2024 01:53:05 | Blacked | 11/29/2024 | 12/13/2024 | PA0002506313 |
| 6 | 6858f89f7c9fa86b878d7bafb26aab415084b7e6 | 10/20/2024 00:17:45 | Vixen | 10/18/2024 | 11/18/2024 | PA0002500907 |
| 7 | 2eb05136d65f6d94bc380c4e42d3107df99ee8f2 | 10/20/2024 00:03:17 | Vixen | 10/04/2024 | 10/16/2024 | PA0002494721 |
| 8 | 4d1b1bed1c599aa04dbf4ba76c6d550fd93a4fe8 | 10/20/2024 00:03:06 | Vixen | 09/20/2024 | 10/16/2024 | PA0002494775 |
| 9 | 8bc959173c6dcbe70f6e09534d6b5e82a483370e | 10/20/2024 00:00:04 | Blacked | 09/20/2024 | 10/17/2024 | PA0002494701 |
| 10 | 9FB1BDCE63AFC5A04F202FE935FCD91D5DE3CA2A | 10/19/2024 23:54:02 | Blacked | 10/10/2024 | 10/16/2024 | PA0002494697 |
| 11 | 7180D3C158454F4EAA61633649FA674819A37411 | 08/25/2024 00:02:34 | Milfy | 08/07/2024 | 09/17/2024 | PA0002490329 |
| 12 | 46C0FC7763AA487666AB2F8B870C4D11037036D2 | 08/25/2024 00:01:51 | Tushy | 08/04/2024 | 08/14/2024 | PA0002484839 |
| 13 | 1950928C43F0C90AEC70B9A3E8C316A061CB13DB | 08/25/2024 00:00:09 | Milfy | 07/12/2023 | 08/22/2023 | PA0002431037 |
| 14 | 5A66B14EC1FEE8F55BA9414BF263AECF26BC5E61 | 06/20/2024 04:27:05 | Blacked | 06/17/2024 | 07/15/2024 | PA0002480615 |
| 15 | C8ED25C31C948B3B01DBE87C46D098D94B867999 | 05/13/2024 04:37:43 | Blacked | 03/18/2023 | 04/07/2023 | PA0002405751 |
| 16 | c690b7ecfe147dd1ab6b203a6135d6dedad565b7 | 05/13/2024 04:14:40 | Vixen | 01/13/2023 | 01/27/2023 | PA0002393077 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | E315C9240C9CB55D756C482C0993EAFE8436AC2B | 05/13/2024 04:01:41 | Tushy | 02/19/2023 | 03/06/2023 | PA0002399999 |
| 18 | 5A75DB336119802DBEBC5F01862C1E52D894F3B0 | 04/04/2024 05:53:51 | Tushy | 03/31/2024 | 04/12/2024 | PA0002465211 |
| 19 | 1fa5e6a60cc4c1c4bca359205f7efb6fb0fbf954 | 03/14/2024 16:18:03 | Blacked | 02/25/2023 | 03/07/2023 | PA0002400308 |
| 20 | 1c949f3b5d4af5469ea4817a5ef1d10387b6c0a3 | 03/14/2024 08:10:49 | Blacked Raw | 11/20/2023 | 12/12/2023 | PA0002444867 |
| 21 | 9f2b549a205a3ae99caadd45f2f0606779ded103 | 03/13/2024 12:16:00 | Blacked | 05/20/2018 | 07/14/2018 | PA0002128469 |
| 22 | 52CEB33A55DCDEBC3B7F2E55743C52EB321780C0 | 03/11/2024 03:52:48 | Vixen | 02/16/2024 | 03/13/2024 | PA0002459592 |
| 23 | afefb30330361321db2a5bc06cde8743db17a3ac | 02/29/2024 07:08:43 | Vixen | 06/24/2022 | 07/22/2022 | PA0002359475 |
| 24 | 6d553716bdffea5385c8f16b8befd0c06480279d | 02/20/2024 23:08:23 | Blacked Raw | 06/29/2020 | 07/17/2020 | PA0002248598 |
| 25 | 86c5f87ba9c2618d57f79c76608f5d883c5439cf | 02/20/2024 06:30:40 | Blacked | 12/19/2020 | 01/05/2021 | PA0002269959 |
| 26 | f683fbd6c54ca8f71d181cefbde64e4696b89b4e | 09/09/2022 04:41:30 | Vixen | 06/26/2020 | 08/03/2020 | PA0002259094 |
| 27 | f85754f24acd2a934408de2dc7d574dfc8fcc912 | 09/08/2022 12:10:49 | Blacked Raw | 11/25/2019 | 12/09/2019 | PA0002216263 |
| 28 | f3623b750836ac9499745daafb5967cb351e96a6 | 09/06/2022 10:56:17 | Vixen | 01/04/2018 | 01/15/2018 | PA0002070947 |
| 29 | fa64c6afff15d4b696fd3dba134569859550cdfa | 09/02/2022 06:00:48 | Blacked Raw | 07/20/2020 | 08/11/2020 | PA0002252263 |
| 30 | 94111dcc3bc9378ba9ed9385178ea1d0bf158c0e | 08/30/2022 03:54:57 | Tushy | 06/10/2018 | 07/14/2018 | PA0002128387 |
| 31 | 2ffcd2f467ba93e61a8b7fccc7aa7f17d9f58225 | 04/15/2022 19:26:10 | Blacked | 04/25/2018 | 06/19/2018 | PA0002126642 |